UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GERALD D. STEWART, | Case No. 2:13-CV-11997 |
| Plaintiff, | U.S. District Judge George Caram Steeh |
| - v. - | Chief Magistrate Judge Paul J. Komives |
| STATE INDUSTRIAL PRODUCTS CORP. D/B/A STATE CLEANING SOLUTIONS, | |
| Defendant. | |

**ORDER STAYING PROCEEDINGS PENDING ARBITRATION
AND ADMINISTRATIVELY CLOSING CASE**

This matter is before the Court on the parties' Joint Stipulated Motion to Stay Proceedings of the captioned lawsuit pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, pending submission of Plaintiff's claim to the alternative dispute resolution program called the State Industrial Products Corporation ADR Program (the "Program").

The Court, being fully advised in the premises, finds that this Joint Motion is well taken, and therefore GRANTS the same.

This Order shall not impact this Court's authority under 9 U.S.C. § 10.

IT IS THEREFORE ORDERED THAT the captioned lawsuit shall be, and hereby is, stayed and administratively closed. The case may be reopened upon motion.

IT IS SO ORDERED.

                                                s/George Caram Steeh
                                                United States District Judge

Dated: July 9, 2013